**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| **JOSEPH COTTEN** | |
| **v.** | **CASE NO. 6:15-CV-00758-MHS** |
| **CITY OF TYLER, TEXAS, ET AL** | |

## MEDIATOR'S REPORT

Pursuant to the Court's order mediation was conducted on January 4, 2016.   All appropriate parties appeared and participated.  No settlement was reached, and I suspended the mediation session.  I will, however, follow up with the parties, and continue to work with them in an effort to see if the case can be resolved prior to trial.

## CERTIFICATE OF SERVICE

The mediator's report was served electronically in compliance with Local Rule CV-5(a) upon all known counsel of record via the Court's CM/ECF system, on January 4, 2016.

*/s/ William Cornelius*

WILLIAM CORNELIUS, MEDIATOR